**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

March 10, 2011

<u>BY ECF</u>
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>United States v. Dominic Caramanica</u>
            11 Cr 26 (JG)

Dear Judge Gleeson:

     On the day of his arrest, Mr. Caramanica was released on a $1 million bond, secured by real property.  His travel is presently limited to the Eastern and Southern Districts of New York, Rockland County, where his sister resides and the State of New Jersey, where he resides. Mr. Caramanica is charged in count four of the indictment with conspiracy to commit extortion.  He is not charged in any other count of the indictment, including the racketeering conspiracy count.  For Your Honor's information, Mr. Caramanica is a retired NYPD Officer who was decorated for valor.  He has no prior criminal record.

     By this letter, I am respectfully requesting that Mr. Caramanica be permitted to travel to Puerto Rico for a vacation with his girlfriend, Maribel Roman, who is one of the suretor's on the bond.  If Your Honor

1

grants this application, they will leave for Puerto Rico on March 31, 2011, and return on April 5 , 2011.  He will be staying at the Marriot Hotel in San Juan, Puerto Rico.  Prior to his arrest, the couple had plans to vacation in Costa Rica, but have changed those plans so that they will remain within the jurisdiction of the United States.

     I am also respectfully requesting that Mr. Caramanica's travel be extended to include the State of Connecticut, where his elderly and infirm father resides, so that he may visit regularly with his father.

     The U.S. Pretrial Services Office has no objection to these requests and my understanding is that the government does.

     Respectfully yours,

     /JRF/

     James R. Froccaro, Jr.

JRF:tp