**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

August 9, 2011

BY ECF
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Dominic Caramonica, et al.
            11 Cr 26 (JG)

Dear Judge Gleeson:

    As you know, I am the attorney for defendant Dominic Caramonica. Mr. Caramonica is charged in Counts Four and Five of the Indictment with extortion conspiracy and extortion - both related to a John Doe #2. He is not charged in any other count of the Indictment, including the RICO conspiracy count. The only motion that I have to make on behalf of Mr. Caramonica is a motion to sever his case him from his co-defendants who are all charged under the RICO statute.

    By this letter, I am respectfully asking Your Honor for permission to file this motion <u>after</u> the government has filed its pre-trial motion seeking to admit additional evidence at trial in furtherance of the racketeering charge and/or pursuant to Rule 404(b). I will be in the best position to argue the *bona fides* or need for the severance from the RICO

1

defendants after the government has filed this motion.

                              Respectfully yours,

                              /JRF/

                              James R. Froccaro, Jr.

JRF:tp