

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MT
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 12, 2011

**Via Fed Ex**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

> Re:  United States v. Dominic Caramanica, et al.
>      Criminal Docket No. 11-0026 (JG)

Dear Mr. Froccaro:

Enclosed pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find the document, Bates-stamped DCA000000001, which reflects statements your client made to law enforcement subsequent to his arrest on January 20, 2011.  This disclosure supplements the government's prior Rule 16 disclosures.

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____
    Stephen E. Frank
    Michael Tremonte
    Assistant U.S. Attorneys
    (718) 254-6143 / 6389

Enclosure
cc: Clerk of the Court (JG) (w/o enclosure)