

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MT
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 12, 2011

**Via Federal Express and ECF**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

Michael Rosen, Esq.
61 Broadway
Suite 1105
New York, NY 10006

H. Elliot Wales, Esq.
52 Riverside Drive
New York, NY 10024

Joel S. Cohen, Esq.
128 Mott Street
New York, NY 10013

             Re:  United States v. Dominic Caramanica, et al.
                  Criminal Docket No. 11-0026 (JG)

Dear Counsel:

        Enclosed pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find (1) documents Bates-stamped 000000001 to 000000307, which include toll records, documents relating to Ecology, Inc. and Pippen, Inc., and documents related to liens placed on the Public School 79 project in the Bronx, New York; (2) copies of two surveillance photographs, Bates-stamped 000000308 and 000000309, which were taken of the defendant Daniel Cilenti in 2005; (3) a compact disc containing recordings of telephone calls placed to and/or from telephone number (516) 314-7591, which were intercepted pursuant to a court-ordered Title III in or about 2004 and 2005 and which include intercepts of the defendants Dominic Caramanica and Daniel Cilenti; and (4) a compact disc containing audio recordings of conversations that were intercepted pursuant to a court-ordered Title III in Don Pepe's restaurant in Queens, New York on or about November 23, 2004 and March 24, 2005, which include intercepts of the

defendants Dominic Caramanica and Daniel Cilenti. This disclosure supplements the government's prior Rule 16 disclosures.

Please contact me if you have any questions or additional requests.

                          Very truly yours,

                          LORETTA E. LYNCH
                          United States Attorney

                By:          /s/
                     Stephen E. Frank
                     Michael Tremonte
                     Assistant U.S. Attorneys
                     (718) 254-6143 / 6389

Enclosures
cc: Clerk of the Court (JG) (w/o enclosures)