

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MT
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 17, 2011

**Via Federal Express and ECF**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

Michael Rosen, Esq.
61 Broadway
Suite 1105
New York, NY 10006

Joseph R. Benfante, Esq.
225 Broadway
Suite 2700
New York, NY 10007

Joel S. Cohen, Esq.
128 Mott Street
New York, NY 10013

   Re: United States v. Dominic Caramanica, et al.
     Criminal Docket No. 11-0026 (JG)

Dear Counsel:

   Enclosed pursuant to the draft transcript stipulation are transcripts of portions of certain consensual recordings, dated January 20, 2010, that were previously produced to you.

   Please contact me if you have any questions or additional requests.

           Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

      By:   /s/
        Stephen E. Frank
        Michael Tremonte
        Assistant U.S. Attorneys
        (718) 254-6143 / 6389

Enclosures
cc: Clerk of the Court (JG) (w/o enclosures)