

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

MT
F.#2011R00013

August 18, 2011

**Via FedEx and ECF**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

Michael Rosen, Esq.
61 Broadway
Suite 1105
New York, NY 10006

H. Elliot Wales, Esq.
52 Riverside Drive
New York, NY 10024

Joel S. Cohen, Esq.
128 Mott Street
New York, NY 10013

Re: United States v. Dominic Caramanica, et al.
Criminal Docket No. 11-0026 (JG)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find (1) a compact disc containing surveillance video from the vicinity of 2356 Arthur Avenue, Bronx, New York, on or about November 3, 2004; and (2) a compact disc containing consensually recorded conversations between

Daniel Cilenti and a cooperating witness on or about June 9, 2004. This disclosure supplements the government's prior Rule 16 disclosures.

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/
Stephen E. Frank
Michael Tremonte
Assistant U.S. Attorneys
(718) 254-6143 / 6389

Enclosures
cc: Clerk of the Court (JG) (w/o enclosures)