**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5066**
**email: JRFESQ61@aol.com**

January 3, 2012

BY ECF
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Dominic Caramanica
11 Cr 26 (JG)

Dear Judge Gleeson:

Mr. Caramanica is presently scheduled to be sentenced by Your Honor at 2:00 p.m. on January 13, 2012.  By this letter, I am respectfully requesting that Mr. Caramanica's sentencing proceedings be adjourned until 2:00 p.m. on February 17, 2012.  This is my first request for an adjournment, and barring unforseen circumstances, I will not make another.

The government has consented to this adjournment request.

Respectfully yours,
/JRF/
James R. Froccaro, Jr.

JRF:tp