**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

February 15, 2012

BY ECF
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Dominic Caramanica
       11 Cr 26 (JG)

Dear Judge Gleeson:

  This will serve as a brief reply to the government's letter regarding Dominic Caramanica's sentencing before Your Honor on February 17, 2012.

  Mr. Caramanica was not charged in the racketeering count of the Indictment.  He also was not identified as having committed any uncharged crime in the lengthy motion to admit other criminal act evidence previously filed by the government in the case.  See ECF Document 72.  The government also agrees that Mr. Caramanica had a mitigating or minimal role in the charged offense and that the negotiated advisory Sentencing Guidelines range clearly authorizes a sentence of probation.

1

      While I agree that organized crime is a scourge on society, Mr. Caramanica is not.  He is a first time-offender, who has done some good, in fact, heroic deeds for the community before.  And, I respectfully submit that an alternative to incarceration would constitute a reasonable sentence based upon the particular facts presented by his case.

                        Respectfully submitted,

                                /JRF/

                        James R. Froccaro, Jr.

JRF:tp