Criminal Calendar - **Status Conference.**

Before: Judge John Gleeson, U.S.D.J.

Date: 2/17/12                                       Time: _____

DOCKET NUMBER: 11CR26     CASE NAME: USA v. Caramanica et al

DEFENDANT'S NAME: Dominic Caramanica
  ✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: James R. Froccaro
  ___ Legal Aid ___ CJA ✓ Retained

AUSA: Stephen E. Frank                  Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Anthony Frisolone

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start_____ Stop_____

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties make a joint application to hold a hearing regarding the association aspect of the defendant's criminal history.

- The hearing is set for March 21, 2012 at 9:30am with the sentencing to follow immediately afterward.