

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SEF
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 2, 2012

**Via Fed Ex**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

> Re:  United States v. Dominic Caramanica
>      Criminal Docket No. 11-0026 (JG)

Dear Mr. Froccaro:

      Enclosed in anticipation of the defendant's sentencing hearing please find the following: (1) a disc containing selected recordings from a Title III interception of 516-314-7591, conducted in or about and between December 2004 and May 2005; (2) a disc containing selected recordings from a Title III interception at Don Peppe's Restaurant, conducted in or about and between November 2004 and March 2005; (3) a disc containing video related to a law enforcement surveillance at Umberto's Clam House, conducted on or about November 3, 2004, together with a log of that surveillance; and (4) a disc containing video related to a law enforcement surveillance at Don Peppe's Restaurant, conducted on or about November 23, 2004, together with a log of that surveillance.

The government is producing these materials pursuant to the terms of the stipulated protective order previously entered in this case.

Please contact me if you have any questions or concerns.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By: _____/s/_____
>Stephen E. Frank
>Assistant U.S. Attorney
>(718) 254-6143

Enclosures
cc: Clerk of the Court (JG) (w/o enclosures)