**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

March 15, 2012

BY ECF
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. Dominic Caramanica
            11 Cr 26 (JG)

Dear Judge Gleeson:

     Today, a bounce appeared on ECF system as to Dominic Caramanica.  The notice states that the government made an application to Your Honor to file a document under seal which was granted.  If the sealed document relates in any way to the Fatico hearing scheduled for March 21st before Your Honor, I am respectfully requesting that the document be ordered unsealed to the extent that it may immediately be provided to me, subject, of course, to whatever restrictions Your Honor deems appropriate.

                       Respectfully yours,
                            /JRF/
                      James R. Froccaro, Jr.

JRF:tp