

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SEF
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 16, 2012

**Via Fed Ex**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

       Re:  United States v. Dominic Caramanica
            Criminal Docket No. 11-0026 (JG)

Dear Mr. Froccaro:

      Enclosed in anticipation of the defendant's sentencing hearing please find materials produced pursuant to 18 U.S.C. § 3500 for Special Agent John Penza of the Federal Bureau of Investigation.

      Please contact me if you have any questions or concerns.

                         Very truly yours,

                         LORETTA E. LYNCH
                         United States Attorney

          By:        /s/
                Stephen E. Frank
                Assistant U.S. Attorney
                (718) 254-6143

Enclosures
cc: Clerk of the Court (JG) (w/o enclosures)