

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

SEF
F.#2011R00013

*271 Cadman Plaza East
Brooklyn, New York 11201*

March 19, 2012

**Via Fed Ex**

James R. Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

       Re:  United States v. Dominic Caramanica
            Criminal Docket No. 11-0026 (JG)

Dear Mr. Froccaro:

     Enclosed in anticipation of the defendant's sentencing hearing please find additional materials produced pursuant to 18 U.S.C. § 3500 for Special Agent John Penza of the Federal Bureau of Investigation.

     Please contact me if you have any questions or concerns.

                            Very truly yours,

                            LORETTA E. LYNCH
                            United States Attorney

                By:          /s/
                        Stephen E. Frank
                        Assistant U.S. Attorney
                        (718) 254-6143

Enclosures
cc: Clerk of the Court (JG) (w/o enclosures)