**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

March 20, 2012

BY ECF
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. Dominic Caramanica
            11 Cr 26 (JG)

Dear Judge Gleeson:

    I have reviewed the government's letter of March 20, 2012, to Your Honor (ECF Document 119), and am withdrawing my application to unseal certain materials presently subject to a protective order.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp